

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| VICTOR OMAR TORRES, | § | No. 08-21-00136-CR |
| Appellant, | § | Appeal from the |
| v. | § | 394th District Court |
| THE STATE OF TEXAS, | § | of Brewster County, Texas |
| State. | § | (TC# CR-04829) |
| | § | |

### ORDER

The Court GRANTS the Appellant's third motion for extension of time within which to file the brief until **March 28, 2022**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. James McDermott, the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before March 28, 2022.

IT IS SO ORDERED this 7th day of March, 2022.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.